STATE v. BAKER

No. 171P93

Case below: 109 N.C.App. 557

Petition by Attorney General for temporary stay allowed 26 April 1993 pending consideration and determination of the State's petition for discretionary review. Petition by Attorney General for writ of supersedeas allowed 6 May 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993.

STATE v. BAYMON

No. 25A93

Case below: 108 N.C.App. 476

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993. Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question denied 6 May 1993.

STATE v. BURTON

No. 12P93

Case below: 108 N.C.App. 219

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 May 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

STATE v. GUTHRIE

No. 178P93

Case below: 110 N.C.App. 91

Petition by Attorney General for temporary stay allowed 7 May 1993 pending consideration and determination of the State's petition for discretionary review.